IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HERBERT L. CAMPBELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| NEBRASKA COURT OF APPEALS, SCOTT R. FRAKES, BRAD HANSEN, DISTRICT COURT OF JOHNSON COUNTY NEBRASKA, JUDGE JULIE SMITH, STEVEN D. BURNS, District Court Judge of Lancaster County, Nebraska, LANCASTER COUNTY SHERIFF, LINCOLN POLICE DEPARTMENT, TOMAS CASSIDY, JAMES PESCHONG, CHRISTOPHER CHAMPOLIX, ROBERT HURLEY, KENT BALER, SAMUEL SANTACROCE, JOSEPH KAUFMAN, BRENDA SMOLLEN, AMBER BRINTON, ALLISON PUPPE, JUDY BURIVAL, GARY E. LACEY, KEITH E. ALLENSTEIN JR., SARAH MCGOWAN, LANCASTER COUNTY ATTORNEY OFFICE, VICKIE L. JOHNSON, DENNIS R. KEEFE, TIMOTHY M. EPPLER, PUBLIC DEFENDER, PATRICIA W. LAUKAITIS, OFFICIAL COURT REPORTER, AARON SANDERFORD, and LINCOLN JOURNAL STAR, | ) | 4:19CV3026 |
| | ) | |
| | ) | ORDER |
| Defendants. | ) | |

    This matter is before the court on its own motion. Plaintiff filed a Complaint (Filing No. 1) on March 28, 2019. However, Plaintiff failed to include the $400.00 filing and administrative fees. Plaintiff has the choice of either submitting the $400.00 filing and administrative fees to the clerk's

office or submitting a request to proceed in forma pauperis.[1]  Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $400.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: April 29, 2019: Check for MIFP or payment.

DATED this 29th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] If Plaintiff is granted leave to proceed in forma pauperis ("IFP") in this matter, he will be allowed to pay the court's $350 filing fee in installments.  *See* 28 U.S.C. § 1915(b)(1); *In re Tyler,* 110 F.3d 528, 529-30 (8th Cir. 1997).  He would not be subject to the $50.00 administrative fee assessed to non-IFP plaintiffs.